# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: frandazzo | Date Created: 1/13/2021 |
| Case: 1−18−01141−ess | Form ID: 785 | Total: 12 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
dft     John and Jane Doe Corporations and Entities
dft     Specialized Loan Servicing, LLC
dft     Nationstar Mortgage LLC d/b/a Mr Cooper, as Servicing Agents For Federal Home Loan Mortgage Corporation
                                       TOTAL: 3

**Recipients of Notice of Electronic Filing:**
aty     Barbara Dunleavy     BDunleavy@logs.com
aty     Cleo f Sharaf     csharaf@rasboriskin.com
aty     Kevin R Toole     ktoole@raslg.com
aty     Raquel Felix     rfelix@raslg.com
aty     Robert W. Griswold     rgriswold@logs.com
                                       TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla     Sean M. Murray     P.O. Box 1110     Attn: 2544     Albany, NY 12201−1110
ust     Office of the United States Trustee     Eastern District of NY (Brooklyn Office)     U.S. Federal Office Building     201 Varick Street, Suite 1006     New York, NY 10014
ust     United States Trustee     Office of the United States Trustee     U.S. Federal Office Building     201 Varick Street, Room 1006     New York, NY 10014
ust     United States Trustee     Office of the United States Trustee     U.S. Federal Office Building     201 Varick Street, Room 1006     New York, NY 10014
                                       TOTAL: 4