Clerk's Office

Filed Date:

(by email) 4/12/2021 4:56 PM

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

<u>Civil Action No. 21-mc-00178-LDH</u>

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------X

In re:                                          Chapter 7

SEAN M. MURRAY,                                 Bankruptcy Case No. 17-44157

       Debtor.                              Adv. Pro. Case No. 18-01141

--------------------------------------------------------X

SEAN M. MURRAY,

       Appellant,

-against-


SPECIALIZED LOAN SERVICING, LLC, et. al,

       Appellee.

**On Appeal from an Order of the Bankruptcy Court for the Eastern District of New York**

--------------------------------------------------------X

**PLAINTIFF-APPELLANT PRO SE REQUEST**
**FOR ECF ACCESS/ PERMISSION FOR ELECTRONIC FILING**

1. Plaintiff-Appellant Pro Se SEAN M. MURRAY has requested extension to file an opening brief due April 15, 2021 per Judge Hall's March 26, 2021 Order.

2. Plaintiff-Appellant respectfully requests the Court's permission to electronically file documents for Civil Action No. 21-mc-00178-LDH.

3. Plaintiff-Appellant understands and waives the right to receive service of court documents issued by first class mail, and consents to all applicable rules and procedures set by the Court regarding Plaintiff-Appellant's Pro Se status and access to electronic filing.

4. Plaintiff-Appellant has a PACER account and is familiar with electronic records and filing systems.

Executed Monday, April 12, 2021

By: *SEAN M. MURRAY*
SEAN M. MURRAY
917.330.9284
seanmurray@prodigy.net

CC: Robert W. Griswold, Attorney for Specialized Loan Servicing, LLC (Via Email)