# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 5/21/2021 |
| Case: 1−18−01141−ess | Form ID: 775 | Total: 13 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
dft       John and Jane Doe Corporations and Entities
dft       Specialized Loan Servicing, LLC
dft       Nationstar Mortgage LLC d/b/a Mr Cooper, as Servicing Agents For Federal Home Loan Mortgage Corporation
                                                  TOTAL: 3

**Recipients of Notice of Electronic Filing:**
aty       Barbara Dunleavy     BDunleavy@logs.com
aty       Cleo f Sharaf     csharaf@rasboriskin.com
aty       Kevin R Toole     ktoole@raslg.com
aty       Raquel Felix     rfelix@hillwallack.com
aty       Robert W. Griswold     rgriswold@logs.com
                                                  TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla       Sean M. Murray     P.O. Box 1110     Attn: 2544     Albany, NY 12201−1110
cr       Fay Servicing, LLC as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust     c/o LOGS Legal Group LLP f/k/a Shapiro,     175 Mile Crossing Boulevard     Rochester, NY 14624
ust       Office of the United States Trustee     Eastern District of NY (Brooklyn Office)     U.S. Federal Office Building     201 Varick Street, Suite 1006     New York, NY 10014
ust       United States Trustee     Office of the United States Trustee     U.S. Federal Office Building     201 Varick Street, Room 1006     New York, NY 10014
ust       United States Trustee     Office of the United States Trustee     U.S. Federal Office Building     201 Varick Street, Room 1006     New York, NY 10014
                                                  TOTAL: 5